

| | The City of New York | **David Choi** |
|---|---|---|
| **Hon. Sylvia O. Hinds-Radix** | **Law Department** | Assistant Corporation Counsel |
| *Corporation Counsel* | 100 CHURCH STREET | Labor & Employment Law Division |
| | NEW YORK, NY 10007 | Phone: (212) 356-1941 |
| | | Email: dchoi@law.nyc.gov |
| | | Email **Not** for Service of Papers |

October 18, 2022

**BY ECF**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Bernard McIlwain v. The City of New York, et al.*
               1:22-cv-04163 (ENV-RML)
               Our No. 2022-058943

Dear Judge Vitaliano,

       I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, recently assigned to represent defendant New York City Department of Education ("DOE") in the above-referenced action. Defendant DOE writes to respectfully request, on behalf of all defendants, a 60-day extension of time to respond to the Complaint from October 20, 2022, until December 19, 2022. This is defendants' first request for an extension of time to respond to the Complaint. Plaintiff has no objection to this request.

       Defendant City requires a 60-day extension of time to permit my office to investigate service of the summons and complaint on the individually named defendants Charity Guerra, William Jusino, Karen Watts and Salvatore Mancuso, and to make a determination pursuant to Section 50-k of the New York General Municipal Law as to whether it will represent them. Additional time is also requested to allow the undersigned to conduct an investigation into the facts of the case, including obtaining any underlying documentation that may exist with respect to Plaintiff's allegations, and to formulate an appropriate response to the complaint.

       Accordingly, I respectfully request a 60-day extension of all defendants' time to respond to the Complaint from October 20, 2022 until December 19, 2022.

       Defendant thanks the Court for its consideration of this matter.

                                                                   Respectfully submitted,

**HONORABLE ERIC N. VITALIANO**
United States District Judge
*Bernard McIlwain v. The City of New York, et al*
1:22-cv-04163 (ENV-RML)
October 18, 2022
Page 2

**[ECF]          /S/**
David Choi
Assistant Corporation Counsel